IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | |
|---|---|
| Jonah A. Butler, ) | Case No.: 8:25-cv-12756-BHH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **DEFENDANTS' RESPONSES TO LOCAL** |
| ) | **RULE 26.01 INTERROGATORIES** |
| Nicholas P. Siembor and Armbruster ) | |
| Moving & Storage, Inc., ) | |
| ) | |
| Defendants. ) | |

**TO:   THE UNITED STATES DISTRICT COURT:**

Under the provisions of Local Rule 26.01, Defendants Nicholas P. Siembor and Armbruster Moving & Storage, Inc. (collectively "Defendants") respond to the Court's Rule 26.01 Interrogatories as follows:

A.   State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   **None known to these Defendants.**

B.   As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**   **Plaintiff and Defendants have each demanded a jury trial in their respective pleadings.**

C.   State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:** **Defendant Nicholas Siembor is an individual rather than an entity. Defendant Armbruster Moving & Storage, Inc. is not publicly owned. Defendant Armbruster Moving & Storage, Inc. is not the parent, subsidiary, partner, or affiliate of any publicly owned company. No publicly owned company owns ten percent or more of Defendant Armbruster Moving & Storage, Inc. Finally, Defendant Armbruster Moving & Storage, Inc. does not own ten percent of more of any publicly owned company.**

D.   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:** **The subject incident occurred in Greenwood County, South Carolina, which is within the Greenwood Division of this Court.**

E.   Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **No related cases known to Defendants.**

    F.    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

    **ANSWER:**    **Defendants are correctly identified.**

    G.    If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

    **ANSWER:**    **This Defendants make no such claim at this time.**

    H.    [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to the party or intervenor. This response must be supplemented when any later even occurs that could affect the court's jurisdiction under § 1332(a).

    **ANSWER:**    **Defendant Nicholas Siembor is a citizen and resident of State of Ohio. Defendant Armbruster Moving & Storage, Inc. is organized according to the laws of the State of Ohio and has its principal place of business in Ohio.**

*Signature Page to Follow*

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

<u>s/Jake M. Tillery</u>
Mark S. Barrow Fed. I.D. No. 1220
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

October 29, 2025