**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ANDERSON DIVISION**

| | |
|---|---|
| Jonah A. Butler, | C/A No.: 8:25-cv-12756-BHH |
| Plaintiff, | |
| v. | |
| Nicholas P. Siembor and Armbruster Moving & Storage Inc., | **JOINT 26(F) REPORT** |
| Defendants. | |

**TO:    THE UNITED STATES DISTRICT COURT:**

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐      We agree that the schedule set forth in the Conference and Scheduling Order issued <u>is appropriate for this case</u>. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☒      We agree that the schedule set forth in the Conference and Scheduling Order issued <u>requires modification as set forth in the attached proposed Consent Amended Scheduling Order</u> (use same format as the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

☐      We are unable, after consultation, to agree on a schedule for this case.  Therefore, <u>we request a scheduling conference with the Court</u>. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

*[Signature on Following Page]*

**MORGAN & MORGAN, PA**

*/s/ Cooper Klaasmeyer*
James G. Biggart, II, Esquire (Fed. Bar 14195)
Cooper Klaasmeyer, Esquire (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
(843) 973-5186
**Attorneys for the Plaintiff**

March 17, 2026
North Charleston, SC

**SWEENY, WINGATE & BARROW, P.A.**

s/Jake M. Tillery
Mark S. Barrow Fed. I.D. No. 1220
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**