**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**GREENWOOD DIVISION**

| | | |
|---|---|---|
| **Jonah A. Butler,** | ) | **Case No.: 8:25-cv-12756-SAC** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **DEFENDANTS' EXPERT DISCLOSURES** |
| **Nicholas P. Siembor and Armbruster Moving & Storage, Inc.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendants submit the following as its Designation of Experts pursuant TO FEDERAL RULES OF CIVIL PROCEDURE 26(a)(2)(D):

**a)** **Brian Boggess, P.E.**
3119 Westinghouse Boulevard
Charlotte, N.C. 28273
(704) 357-1402

*Brian Boggess is a Principal Mechanical Engineer/Biomechanics with SEA, Ltd.*

**b)** **Dr. Seth S. Malloy, D.O., M.Sc., F.A.C.O.S.**
1910 Blanding St.
Columbia, S.C. 29201
(803) 256-4107

*Dr. Malloy is a board-certified neurological surgeon with Midlands Orthopaedics & Neurosurgery.*

**c)** **Dr. Robert Shura, Psy.D., ABBP**
**Salisbury, N.C.**
**(814) 207-3598**

*Dr. Shura is a licensed psychologist and board certified in clinical neuropsychologist in private practice in Salisbury, North Carolina.*

**Defendants reserve the right to supplement this disclosed expert with those allowed pursuant to any agreement of the parties and/or leave of the Court.**

Reports from this expert with the contents required by FED. R. CIV. P. 26(a)(2)(B) have been provided to the Plaintiff through his counsel. Defendants reserve the right to elicit expert testimony from individuals named as experts by other parties or treating physicians/medical care providers to this case. Defendants further reserve the right to supplement this disclosure at a later time should the case develop in such a way to warrant additional expert testimony on Defendants' behalf.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jake M. Tillery
Mark S. Barrow Fed. I.D. No. 1220
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

September 23, 2026