UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

Exhibit
1

VIDEOTAPED 30(b)(6) DEPOSITION OF
ARMBRUSTER MOVING & STORAGE, INC.
CLAY ARMBRUSTER

JONAH H. BUTLER,

Plaintiff,

Case No. 5:25-cv-13407

vs.

NICHOLAS P. SIEMBOR and ARMBRUSTER MOVING & STORAGE, INC.,

Defendants.

DEPONENT: CLAY ARMBRUSTER

DATE: August 7, 2026

TIME: 1:03 p.m.

LOCATION: VIA VIDEOCONFERENCE

REPORTED BY: JESSICA BOLANOS
CLARK BOLEN
PO Box 12189
Charleston, SC 29405
843-762-6294
WWW.CLARKBOLEN.COM

Q. Okay. Is there anybody who is -- who is above Zach Stowers but below yourself in the chain of command leading to the driver?
A. No.
Q. All right. Do you hold a CDL, sir?
A. Yes.
Q. Does Zach Stowers hold a CDL?
A. No.
Q. Okay. Tell me about the -- what is the nature of your business operations?
A. We are primarily a household goods carrier locally, intra-, and interstate.
Q. Okay. On the day of this crash, was Mr. Siembor operating intra- or interstate commerce?
A. Interstate.
Q. Okay. All right. Is Armbruster registered as a federal motor carrier?
A. Yes.
Q. On the day of this crash, was Mr. Siembor operating under Armbruster's Federal Motor Carrier Safety Administration operating authority?
A. No.
Q. Why not?

A. He was hauling a Mayflower shipment, operating underneath their authority.

Q. Okay. All right. Tell me about that. So you said you're primarily a household goods operation or, you know, mover, essentially, is the way I took that.

Explain to me what the relationship with Mayflower is between Armbruster and Mayflower?

A. We are an agent of Mayflower. They -- we run underneath their operating authority. They provide us exposure with tariffs, coverage, and marketing.

Q. Okay. Let's see. Okay. And so how long has Armbruster been contracting with Mayflower?

A. Since 2001.

Q. Okay. Are all of -- were all of Mr. Siembor's trips during his employment leading up to this crash for Mayflower or were some of them for Armbruster itself?

A. It was a mix.

Q. It was a mix? Okay. Explain to me, like, when -- when would be a situation where you were under Mayflower's dispatch versus your own dispatch?

A. Anything that is interstate is Mayflower. Anything that is local or intrastate is Armbruster.

Q. Okay. All right. Do you -- does Armbruster maintain a driver's qualification file separate from that of Mayflower?

A. Yes.

Q. Okay. Does Mayflower also maintain driver qualification files for the employees of Armbruster?

A. Yes.

Q. Okay. Does Mayflower have a role in the hiring, training -- hiring or training of -- of Armbruster's drivers?

A. Not the hiring but the training.

Q. Is there any requirement that all of your drivers need to be able to be rated by Mayflower?

A. Yes.

Q. Okay. All right. And so if you hired a -- you said they do not have a role in the hiring. So if you hire a driver and then it turned out that they could not then go on to be rated by Mayflower, then what would you do?

A. We would not hire them.

Q. Okay. All right. And how would you come to that decision?

A. If they cannot be an approved driver for Mayflower, they cannot be an approved driver for us.

Q. Okay. All right. Do you receive any direction from Mayflower in -- in that hiring process?

A. Only yes or no if they meet their qualifications.

Q. Okay. So if I was a truck driver and I wanted to work for Armbruster, what would be the process start to finish in terms of me getting hired?

A. We would have a face-to-face interview, talk about what is needed. We would run your MVR through our insurance company first, and then we start proceeding with the DOT regulations to get them qualified.

Q. Okay. All right. At what point -- at what stage does Mayflower give you the yes or no?

A. It's-- it's multistage. Depends on their MVR, their background, and their drug test. If they fail any one of those, they are not qualified.

Q. Okay. All right. And so assuming they passed -- sorry. I think you said three things, and I can't think of all three right now, but it was the MVR, background, and drug test. I actually did get them all, but once they pass all three, is that an automatic yes from Mayflower then?

A. It meets their qualifications as far as yes or noes, but they still have other things they need to complete to become a qualified driver.

Q. Okay. What would be the next steps?

A. They have to take a road test. They have to take an online class that has different DOT regulations to go over, safety related.

Q. Who provides the online class? Armbruster or Mayflower?

A. Mayflower has their own set. We have our own set.

Q. Okay. Who is the provider of those videos in terms of, you know, is it JJ Keller? Is it Luma? What is the -- what is the learning software that Armbruster utilizes for its training?

A. It's through our insurance company.

It's called the Great Insurance Academy. I don't know if it's an offshoot of JJ Keller or not. That's just how we log into it.

Q. Understood. You said it's called Great American?

A. Or Great Insurance Academy.

Q. Great Insurance Academy. Okay. What is --

A. Mayflower has their own.

Q. All right. And what is that -- what does that training -- that Armbruster provides through Great Insurance Academy, what does that consist of?

A. It is safety related, all on driving.

Q. Okay. Are there videos?

A. Yes.

Q. Are there quizzes?

A. Yes.

Q. Are there -- is there written materials?

A. I'm not sure. Like a notebook or a handbook for --

Q. Or -- yeah, or, like, even just a PDF, you know, that says -- you know, I don't know. Let me give you an example. So one unit presumably might be on something like -- like

what the logging requirements are. And so some platforms that I've seen are a video, a quiz, and then also there's, like, a PDF you can download that's like a fast facts kind of thing.

A. I'm unaware on the download. You probably can. I do not know, but it is a combination of videos and then reading material that you see and then you take the quiz at the end.

Q. Okay. So there is some sort of written reading material?

A. Correct.

Q. Okay. I understand. All right. Do the drivers have to pass the quizzes to be rated?

A. Correct, yes.

Q. Okay. What happens if a driver fails a quiz?

A. They have to retake it.

Q. Okay. Is there a certain number of times that they're allowed to retake it?

A. I'm unfamiliar with the software and how it works. I don't know if there is a disqualifying number of times. I have not seen it.

Q. Okay. All right. And so let me ask it

this way: Has Armbruster ever not proceeded with the hiring of a driver due to them not passing the quizzes in a satisfactory manner from the training?

A. All we know is that they pass with a satisfactory rating and then it passes for us.

Q. Okay. So my question is just a little bit different. My question is: Based on all of the knowledge known by or reasonably available to Armbruster, has Armbruster ever not proceeded with the hiring of a driver due to an unsatisfactory performance on the training quizzes?

A. It's not our software. We do not know how many times they take that test.

Q. Okay. All right. So I would understand that answer to be "no" then?

MR. TILLERY: Object to the form.

Q. So let me -- and I'll ask it again because I understand it's a little bit of a confusing question. Like, it's a -- it's a complex question.

The question is: Has Armbruster ever not hired a driver because they performed poorly on quizzes?

A. No.
Q. Okay. Thank you, sir. Okay. So it's my understanding that you said a moment ago that Mayflower provides their own training?
A. Correct.
Q. Do you know what platform Mayflower utilizes?
A. It's a proprietary system they have. It's called The Learning Hub.
Q. The Learning Hub?
A. But, again, they may contract with JJ Keller. I'm not sure. But it's --
Q. I understand.
A. -- their own platform.
Q. I understand. I appreciate you telling me that.
All right. So then the -- does -- does Armbruster independently do a road test that is separate from a road test that Mayflower may do?
A. Yes.
Q. Okay. Do you generate a certificate of that road test?
A. We do.
Q. Okay. What -- we'll move past that for now. All right. So my understanding of the

A. Armbruster.
Q. Okay. All right. Is there a safety director at Armbruster?
A. It would be me. We do not have a dedicated person.
Q. Okay. Does Mayflower have a safety director that your drivers answer to when operating Mayflower trucks?
A. Yes.
Q. Okay. What is that person's name?
A. They have several.
Q. Okay.
A. It's a safety department.
Q. Okay. How many -- how many are there?
A. I'm -- I am unsure how many there are.
Q. Okay. All right. Who was -- do you know who the safety director or the person from the safety department who would have been responsible for Nick on the day of this crash was?
A. I don't believe it works like that. I don't -- they don't have one safety director assigned to drivers. There's a safety department that they do answer to, but it's -- I don't think it is assigned.

Q. Okay. Who at the safety department did Nick coordinate with after this crash?
A. I coordinated with Will Fisher from the safety department --
Q. Okay. And -- and --
A. -- immediately following the crash.
Q. Just so I understand, I would presume then by your answer that Nick coordinated with you, and you went to Will?
A. Correct.
Q. Okay. All right. Okay. So we'll get to that more in just a little bit.
Are -- is there a lease between Armbruster and Mayflower, or how -- how is that relationship defined?
A. Yes.
Q. It's a lease?
A. Mm-hmm.
Q. Okay. Does Armbruster utilize a telematics system in its trucks?
A. Yes.
Q. Okay. We've talked a little bit already about the -- the kind of overlapping trucking operation between Mayflower and Armbruster. Is it -- what is the system you utilize?

A. It's Samsara.
Q. Okay. Does Mayflower and Armbruster have separate accounts, or is there a shared account somehow?
A. It's a shared account. It's one unit in the truck.
Q. Okay. I understand. What Samsara unit does -- was in Mr. -- in Nick's truck on the day of the crash?
A. The model number?
Q. Yes, sir.
A. I would have to get what that model number is. I don't -- I don't know what the model number is. All our units are the same though.
Q. Would you recognize one if you saw one?
A. Absolutely.
Q. All right. Let's look. Is it a dual camera model?
A. No. There's no inward-facing camera. There's two -- there's two pieces. There's a camera piece and then there's the module.
Q. Okay. What is -- why is there not an inward-facing camera?
A. We have outward-facing cameras.

Are there any safety events for Nick on the day of the -- or let me scratch that and restart.

Prior to the day of this crash, were there any safety events for Nick?

A. When I searched through Samsara, I could not find any.

Q. Okay. All right. All right. Was there a safety event generated as a result of this crash?

A. Yes.

Q. Okay. Were there any other safety events at all other than this crash in your review of the Samsara platform?

A. Not that I could find for Nick.

Q. Okay. All right. My understanding of the Samsara platform is that you can set thresholds for the generating safety events. Is that your understanding?

A. If we are, I'm unaware of it. We are a user of it. Mayflower controls the system.

Q. Okay. All right. So it would be your testimony that -- to your understanding -- and when I say you, I mean Armbruster -- that Mayflower controls those safety recognition and

scoring mechanisms in Samsara?

A. You kind of asked that twice there, if you can set the threshold. I don't know anything about the threshold, if they can or cannot set it, like how many G forces are needed or anything like that. I don't know.

Q. Okay. Fine.

A. If there's an event, the event comes to us.

Q. I understand. So if there is such a mechanism for setting that stuff, it wouldn't be Armbruster that does it?

A. No. I've never seen it, no.

Q. Okay. All right. I understand. Does Armbruster have the ability to livestream from its cameras?

A. We can take an instantaneous photo, but we can't do, like, video footage live stream.

Q. Yeah, like watch live?

A. Watch as it's happening?

Q. Mm-hmm.

A. No.

Q. Do you know that that is a capability that Samsara has?

A. No.

mean, it is Mayflower's operating authority. We're an agent for Mayflower. As far as who affects -- you're asking me who affects Mayflower's safety?

Q. Who affects the safety -- well, yeah. And it is -- it is Mayflower's because it's their operating authority.

A. Every -- everybody affects safety. I mean, the drivers, the safety department, the other people on the road. There's a lot of things that affect safety. I cannot narrow it down to one person.

Q. Sure. All right. Under the arrangement, does Mayflower ever provide remedial training for the drivers employed by Armbruster?

A. What do you mean by remedial?

Q. Like, if somebody does something wrong and then Mayflower -- or you and Mayflower find -- or not you, Armbruster and Mayflower find out about it, do they ever say, This guy needs hard braking -- hard braking training?

A. Yes.

Q. Okay. And May -- who provides that training, Mayflower or Armbruster?

A. Either one of us could.

Q. Okay.
A. But this goes back to the -- yeah.
Q. Well, explain that.
A. So it depends whose authority you're operating under.
Q. I understand.
A. Who administers --
Q. Okay. For drivers such as Nick on the day of this crash who was operating under Mayflower's motor carrier authority, if something occurred like a hard brake event or something like that, who would be the person to provide remedial training?
A. It would be Mayflower.
Q. Okay. But nobody does coachable events from Samsara at Mayflower regarding the arrangement?
A. They might. I don't -- I'm not in charge of any other agent besides our own. I know we handle our own drivers through there. So they could.
Q. Okay. So regarding Armbruster's drivers who were operating under the arrangement, does Mayflower ever provide coaching as a result of Samsara events?

14-hour clock still starts.

Q. Okay. So it's your understanding that that practice would be in compliance with the federal Motor Carrier Safety Regulations?

A. In your scenario where they're parked and not moving whatsoever, there's no movement, they can technically go to sleeper berth.

Q. Okay.

A. For the FMCSA, they could also extend their day if they wanted to. Although we don't. We don't do that.

Q. Okay. But, again, my -- my question, just so that I understand, does anybody perform a manual audit of the logs to ensure that there's no manipulation?

A. Yes.

Q. Okay. Who?

A. Me and Zach and Mayflower.

Q. Okay.

A. Set up with the practices we have. So we get reports sent to us. Through those reports, we can double-check if somebody is doing something they shouldn't be in their logs. In your example, logging out, driving unassigned automatically logs it. If they're logged out of

their truck and not moving whatsoever, that is not a violation.

Q. Okay. Do -- the Samsara devices, are they configured to give audible alerts for unsafe driving?

A. They do, yes.

Q. Okay. Does Armbruster or Mayflower use anything like the Smith System or any other specific driving manual or philosophy?

A. We used to use the Smith System. The insurance company created their own version of it -- and that's the Great Insurance Academy -- called SAFER.

Q. Okay. Did you ever have to gave statement to -- to Mayflower after this incident occurred?

A. Yes, as far as, like, an accident report you're saying?

Q. Yeah.

A. Yeah.

Q. What did you tell them?

A. Everything that is in -- I gave them everything that you have.

Q. Okay. Did you have an oral conversation with anybody from Mayflower regarding this crash?

A. Yes. Yes, I did.

Q. Okay. What did you tell them?

A. Talked to Will right after Nick called me. Hey, here's what we need to do. Here's the accident. So they get it logged, and then everything was emailed from then on out.

Q. Okay. Was -- was Nick the subject of any disciplinary or remedial action following this incident?

A. Yes.

Q. Okay. What was the disciplinary or remedial action?

A. The first thing we did is we had another driver go and pick him up and bring him and his trailer back. He went through some classes, which you have in your file through the SAFER program. He did another driving test with another driver to make sure he was sound and good, and he was suspended from Mayflower for a week, about a week.

Q. Okay. Okay. Why was he suspended if Mayflower -- if -- well, hold on. Let me actually go back because there's -- with the arrangement and everything, it's a little bit complicated.

Who suspended him?
A. Mayflower did.
Q. Okay. Who was involved in that decision making?
A. Mayflower safety.
Q. Okay. During the time where he was suspended, was he allowed to operate Armbruster's other trucks?
A. No.
Q. Okay. Was he suspended from Armbruster as well?
A. We did not call it a suspension. We just gave him some time off.
Q. Okay. Would he have -- I know you gave him some time off. Would he have been allowed to operate trucks if he had not been given time off?
MR. TILLERY: Object to the form.
A. I'm not sure I understand your question.
Q. So I guess you didn't call it a suspension, but was he suspended is kind of what I'm trying to get at?
A. No. He was suspended via Mayflower, which means he could not haul Mayflower shipments. Nick is a primarily -- hauled interstate shipments so he could not haul a

Mayflower shipment while he is suspected.

Q. Okay. Could he have hauled Armbruster shipments?

A. He could have, yes, but we did -- we had him off.

Q. Okay. All right. What -- what kind of insurance does Armbruster carry to protect against a judgment for bodily injury?

A. Remember, we have the Vanliner policy. You're talking about, like, our specific coverages? Like our umbrella coverage and things like that?

Q. Sure. Yeah.

A. Yeah, we have all of the coverages that exceed, you know, DOT minimums.

Q. Okay. And what -- what amounts of coverage does -- or so let's start here: What insurance companies does -- does Armbruster have policies of insurance with?

A. Vanliner.

Q. And only Vanliner?

A. For the trucking, yes.

Q. Okay. What about for umbrella coverage? So something that would cover any sort of activity?