**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENWOOD DIVISION**

| | |
|---|---|
| Jonah A. Butler,<br><br>Plaintiff,<br>v.<br><br>Nicholas P. Siembor and<br>Armbruster Moving & Storage,<br><br>Defendants. | Civil Action No.: 8:25-cv-12756-SAC<br><br>**CERTIFICATION OF CONSULTATION** |

Pursuant to the Local Civ. Rule 7.02 (D.S.C), Plaintiff certifies that Defendants were consulted prior to the filing of Plaintiff's Motion to Amend, Dkt. 23. Plaintiff made a good faith effort to secure Defendants' consent by email and phone call, but the parties were unable to reach an agreement.

Respectfully Submitted,

**MORGAN & MORGAN, PA**

/s/ *Cooper Klaasmeyer*
James G. Biggart, II (Fed ID No. 14195)
Cooper Klaasmeyer (Fed ID No. 14272)
4401 Belle Oaks Drive, 3rd Floor
North Charleston, South Carolina 29405
Cooper.klaasmeyer@forthepeople.com
843-973-5438

ATTORNEYS FOR PLAINTIFF

November 19, 2026

North Charleston, South Carolina