EXHIBIT A

United VanLines

UniGroup

Mayflower

# STATUS FORM

Agency Number: M0099

Indicate Van Line: ☐ United Van Lines, LLC ☒ Mayflower Transit, LLC

☒ New Qualification ☐ Status Change (Employee to Owner Operator or vice versa)

Van Operator Name Nicholas Siembor Van Operator SSN# [redacted]

## VAN OPERATOR INSURANCE COVERAGE

All van operators including other drivers and casual labor must have either workers' compensation insurance or Occupational Accident that covers themselves. If Occupational Accident is chosen it must meet van line requirements and have Contingent/Contract Liability coverage that protects the van lines and the van operator's agent. The van operator must also have workers' compensation for any employee they may have or hire, including casual labor. In addition bobtail/non trucking liability with a minimum

$1,000,000 limit, naming UniGroup and its subsidiaries as an additional insured. All policies must grant UniGroup 30 days-notice of cancellation. These coverages are required for van operators to qualify or remain qualified with the van lines.

These coverages can be obtained by purchasing independent coverage through any licensed insurance company and evidence of coverage must be provided to the UniGroup Safety department.

## PLEASE COMPLETE THE FOLLOWING

## ***AGENT SIGNATURE REQUIRED BELOW****

What is driver's relationship with your agency (check one):

☒ **Agent employee or Company Driver**

☐ **Independent owner/operator (Provides Own Vehicle(s))**

☐ **Contract Driver or Co-driver Under Lead Driver:**
**Type A. Contract Driver-** Using their own equipment.
**Type B. Co-Driver**-Operating with Lead I/O/O in the Lead's equipment.

**Driver Type:**____

**Insured Name:** ______________________ **ID#:** ______________
(If not qualified, enter NQ)

Agent Printed Name: Clay Armbruster

Agent Signature: ______________________ Title of Agent Rep: Pres

BUTLER-ARMBRUSTER 000237