EXHIBIT C

# UNIGROUP
# ACCIDENT CALL RECORD

DRIVER NAME: Nicholas Siembor
DATE of ACCIDENT: 8/6/2025
TIME: 8:18am EST

TRACTOR #: M3190099
TRAILER #: M3140099

UVL OR MTI AUTHORITY?: MTI
DRIVER ID #: M26537

PHONE NUMBER WHERE DRIVER CAN BE REACHED?: 4404656034

LOCATION (TOWN, CITY, STATE): Greenwood, SC

ROADWAY (ROUTE#, STREET, HWY): Hwy 72 221 East

AUTHORITY CONTACTED?

OUR DRIVER CITED: Not sure

POLICE AGENCY: SC State Police

CITED FOR?: NA

DESCRIPTION OF ACCIDENT: Driver was stopped waiting to make a wide right turn due to a black pickup not moving on the road our driver was needing to go to. Our driver attempts to make the wide right V2 going at a fast rate of speed fails to yield and strikes the passenger side of V1 with the front end of V2

| | | |
|---|---|---|
| WAS THERE A FATALITY? | YES OR NO | No |
| INJURY? | YES OR NO | Yes - V2 driver |
| ANY ONE ELSE IN YOUR VEHICLE ? | YES OR NO | No |

NUMBER OF VEHICLES INVOLVED?: 2

DAMAGE TO YOUR VEHICLE?: Yes - passenger side trailer & tractor damage

DAMAGE TO OTHER VEHICLE?: Yes - front end disabling damage

NEED A VEHICLE TOW?: Yes - V2

ANY DAMAGE TO CARGO (YES / NO/ EMPTY): No

ORDER NUMBERS ON BOARD: M 99 253 5, M 99 120 5, M 99 260 5

- [x] COMPLETE ACCIDENT REPORT
- [x] CONTACT INSURANCE
- [ ] CONTACT CLAIMS IF CARGO DAMAGE
- [ ] CONTACT OPERATIONS
- [ ] DRUG/ALCOHOL TEST IF APPLICABLE
- [x] LOGS
- [x] Samsara Video on file

TIME OF CALL: 8:40am CST
PERSON WHO CALLED: Driver

REPORT TAKEN BY: Will Fischer
DATE: 8/6/2025

REV 12/19