EXHIBIT D

**Gose, Wendy**

| | |
|---|---|
| **From:** | Kratzer, Mike |
| **Sent:** | Wednesday, August 13, 2025 10:48 AM |
| **To:** | Petry, Adam; Gose, Wendy; Fischer, Will; Demien, Sue; Ernst, Stephanie; Hixson, Sarah |
| **Subject:** | FW: Siembor, Nicholas |
| **Attachments:** | Nicholas Siembor M26537 Dispatch Records.jpg; Nicholas Siembor M26537 HOS Logs.pdf; Nicholas Siembor M26537 RSI.pdf; Nicholas Siembor M26537 Call in Report.pdf; RE: Nicholas Siembor M26537 - DOL 8/6/25; RE: M99-Armbruster Moving & Storage, |

The above driver's suspension may be lifted per the Safety Review Committee this date.

Mike Kratzer
Director of Safety Compliance
UniGroup C.A.

---

**From:** Fischer, Will <Will_Fischer@unigroup.com>
**Sent:** Wednesday, August 13, 2025 8:40 AM
**To:** Kratzer, Mike <Mike_Kratzer@unigroup.com>
**Subject:** RE: Siembor, Nicholas

Hey Mike,

Here are the files that I have so far on the accident. Clay is still having trouble sending files that aren't corrupt, so this is all I have at this point.

To give you an overview of how the situation unfolded,

I was contacted by Clay just after the accident occurred at 8:40am CST, and he explained the situation. He asked about testing being completed and I said only if he was given a citation which he said they do not know yet. I then told him to contact me if he was given a citation so I can be of assistance. As you will see in my emails that started after the phone call, I reiterated that he needs to let me know when he is given a citation. Clay confirmed there was a citation at 11:52am CST through email. I then asked for documentation for the testing, and he then emailed me back at 3:56pm CST saying Nick just completed the drug test. I then emailed at 5:05pm CST asking for a timeline since I knew based off his email he might have missed the alcohol testing. He replied at 7:53am the next day filling in the timeline I listed off for him which showed he missed the alcohol testing by about 30min. I then called him and asked why he did not get the testing done as soon as he left the scene and Clay claims he did not know there was a time limit on getting the testing done so he had the driver continue working and once he was done to then get the testing done.

After explaining to Clay that we will probably suspend the driver until safety review, I called you.

Wendy then emailed me on 8/8 that the drug test results came through and said that there was no alcohol test taken which Clay did not tell me he never took an alcohol test. As you will see, I mention **drug & alcohol testing** in my emails. I also said it several times in my phone conversation with Clay so not sure how he thought he only needed a drug test.

I put all the emails from Clay and Wendy in this email. Please let me know if you are needing further information or need something explained better.



BUTLER-ARMBRUSTER 000292

Sincerely,

**Will Fischer**
Safety Compliance Analyst
Phone: 636.305.4372
will_fischer@unigroup.com
www.unigroup.com

---

**From:** Kratzer, Mike <Mike_Kratzer@unigroup.com>
**Sent:** Tuesday, August 12, 2025 9:36 PM
**To:** Fischer, Will <Will_Fischer@unigroup.com>
**Subject:** Siembor, Nicholas

Can you send me the info on his accident for SRC?

Thank you

Mike

Get Outlook for iOS

EXHIBIT D

**Gose, Wendy**

---

**From:** Fischer, Will
**Sent:** Tuesday, August 12, 2025 12:24 PM
**To:** Gose, Wendy
**Subject:** RE: M99-Armbruster Moving & Storage,

Hey Wendy,

Yes, this is still not a refusal to test. I apologize for not informing you yesterday.

Sincerely,

**Will Fischer**
Safety Compliance Analyst
Phone: 636.305.4372
will_fischer@unigroup.com
www.unigroup.com

UniGroup

---

**From:** Gose, Wendy <Wendy_Gose@unigroup.com>
**Sent:** Tuesday, August 12, 2025 12:20 PM
**To:** Fischer, Will <Will_Fischer@unigroup.com>
**Subject:** RE: M99-Armbruster Moving & Storage,

Hello,
The agent is stating the alcohol test was not completed at all. Just an fyi. Per email below this is not a refusal to test. Can you confirm again since the alcohol test was not completed at all?

Thanks,

*Wendy Gose*
Senior Qualification Coordinator
Safety, UniGroup, Inc.
Phone: 636-349-3608 Fax: 636-349-3666
Wendy_Gose@unigroupinc.com

---

**From:** Gose, Wendy <Wendy_Gose@unigroup.com>
**Sent:** Friday, August 8, 2025 3:57 PM
**To:** Fischer, Will <Will_Fischer@unigroup.com>

EXHIBIT D

**Cc:** Zurawski, Shelia <Shelia_Zurawski@unigroup.com>
**Subject:** RE: M99-Armbruster Moving & Storage,

Hello,
The agent is stating the alcohol test was not completed at all. Just an fyi. Per email below this is not a refusal to test. Can you confirm again since the alcohol test was not completed at all?

Thanks,

*Wendy Gose*
Senior Qualification Coordinator
Safety, UniGroup, Inc.
Phone: 636-349-3608 Fax: 636-349-3666
Wendy_Gose@unigroupinc.com

---

**From:** Fischer, Will <Will_Fischer@unigroup.com>
**Sent:** Friday, August 8, 2025 9:59 AM
**To:** Zurawski, Shelia <Shelia_Zurawski@unigroup.com>
**Cc:** Gose, Wendy <Wendy_Gose@unigroup.com>
**Subject:** RE: M99-Armbruster Moving & Storage,

Hey Shelia!

Thank you so much for the congrats. We had a good time! Happy to be back.

Since you are out of office, I copied in Wendy.

This is DOT results but just to give a heads up the accident time was 8:19am so the driver missed the alcohol test by 29min. I spoke to Clay at Armbruster this morning and this is not a driver refusal since the agent is saying they were not aware that alcohol was only allowed 8 hours to get it done. So after talking with Mike Kratzer, we are suspending the driver until safety review.

Sincerely,

**Will Fischer**
Safety Compliance Analyst
Phone: 636.305.4372
will_fischer@unigroup.com
www.unigroup.com

UniGroup

EXHIBIT D

**From:** Zurawski, Shelia <Shelia_Zurawski@unigroup.com>
**Sent:** Thursday, August 7, 2025 9:10 AM
**To:** Fischer, Will <Will_Fischer@unigroup.com>
**Subject:** M99-Armbruster Moving & Storage,

Hi Will-
Hope you enjoyed your time with the family, congratulations on your new addition!
Just a heads up regarding the screening below, I'm OOO tomorrow.

| | | | | | | |
|---|---|---|---|---|---|---|
| Siembor, Nicholas | 7943970965 | XXX-XX-9978 | Post Accident | 00099-Armbruster Moving & Storage, Inc | QUEST | 8 4 |

Thank you

*Shelia Zurawski*
Safety Qualification Coordinator, UniGroup
P: 636.305.6609 F: 636.305.6611 H: 7:00 AM – 4:00 PM
**Drive- Collaborate- Deliver**
United Van Lines | Mayflower Transit