UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

VIDEO DEPOSITION OF
NICHOLAS SIEMBOR
JUNE 23, 2026

JONAH A. BUTLER,

Plaintiff,

vs. CASE NO. 8:25-cv-12756-BHH

NICHOLAS P. SIEMBOR and ARMBRUSTER MOVING & STORAGE INC.,

Defendants.

---

TIME: 10:02 AM

LOCATION: VIA VIDEOCONFERENCE
MYRTLE BEACH, SOUTH CAROLINA

REPORTED BY: MACKENZIE ALLEN
CLARK BOLEN
CHARLESTON, SC 29407
843-762-6294
WWW.CLARKBOLEN.COM

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

MORGAN & MORGAN
BY: JONATHAN GRAHAM
4401 Belle Oaks Drive
Suite 300
North Charleston, SC 29405

ON BEHALF OF DEFENDANTS:

SWEENEY, WINGATE & BARROW
BY: JAKE TILLERY
1515 Lady Street
Columbia, SC 29201

THE VIDEOGRAPHER: KEVEN CARVAJAL

me ask you this. Do you take responsibility for the crash?

A. I do not.

Q. You do not?

A. Correct.

Q. Okay. And why -- why not?

A. I believe that I did everything in my power -- checking mirrors, following rules -- to make that turn safely.

Q. All right. All right. Who were you driving for at the time?

A. Armbruster Mayflower.

Q. What is Armbruster Mayflower?

A. An agent for Mayflower.

Q. Mayflower is -- is what?

A. It is a moving company. Household goods.

Q. Gotcha. And how -- what's the relationship between Armbruster Mayflower and Mayflower? You said it's an agent. What do you mean by that?

A. Correct. It is an agent. So we are contracted through Mayflower.

Q. To do what?

A. Corporate relocations.

A. Or a tractor-trailer.
Q. Is there one particular tractor that you drive, or do you just -- are you assigned to various tractors?
A. No. Each driver gets their own truck which they have.
Q. Is it a -- like a lease-to-own situation, or is it just an assigned truck?
A. Just assigned.
Q. Gotcha. All right. Do you drive for any motor carrier other than Mayflower?
A. No, I do not.
Q. All right. All right. Let's talk about before -- well, let's actually go back a little bit even farther than that and just start kind of at the beginning. What's your current address?
A. [redacted]
Q. What state?
A. Ohio.
Q. How long have you lived at [redacted] in Ohio?
A. [redacted]
Q. Gotcha. Do you live there with anybody else?
A. [redacted] [redacted]

am not sure who in particular.
Q. Did EMS come to the scene -- scene of the crash?
A. Yes.
Q. Did my client go with them?
A. I -- yes. From what I remember, yes.
Q. All right. Did you receive any sort of write-up or discipline as a result of the crash?
A. Yes.
Q. Who -- tell me about that.
A. There was a suspension period where I could not travel interstate under Mayflower Transit until which -- at that time, I just went home and recouped from everything that happened.
Q. Why were you not permitted to travel interstate for Mayflower?
A. Because there is this ongoing with the ticket and getting all of the info sorted out. And I was out of a truck obviously.
Q. Did Mayflower tell you whose fault the crash was -- was?
A. No, they did not.
Q. Has Mayflower -- you -- do you still drive for Mayflower now?
A. Yes, sir.

that's about all I recall. It was just, you know, "Write your statement of what happened, the truck number, the truck, trailer, passengers involved," et cetera.

Q. Understood. Yeah, other than the police, EMS, my client, and you, did anybody else stop at the scene of the crash?

A. There was a lady behind my truck and trailer who was an off-duty nurse who was attempting to help and make sure that we were all okay. Yes.

Q. Do you know her name?

A. I do not.

Q. Okay. Are you familiar with the name Timothy Hammond?

A. No, sir.

Q. Okay. Did the police officer indicate to you whether he had any evidence regarding the use of your turn signal?

A. No. They were requesting the video, which we could not obtain yet, because it was through corporate. It took a minute to get us -- or cropped and sent over to us.

Q. And when you say it was through corporate, who is corporate?

A. Mayflower.
Q. Gotcha.
A. Yes.
Q. Who was the safety director who is in charge of the training program for either -- either Mayflower or Armbruster?
A. For Armbruster, who is our boss, Clay Armbruster.
Q. Okay. For Mayflower, does Mayflower do any safety training with you?
A. It is passed down through Clay and then received to us. Yes.
Q. Gotcha. Okay. So Clay is responsible for all of the safety training that you've done with -- as a commercial drivers -- as a commercial driver?
A. Correct.
Q. All right. Why don't we take five minutes. Let me check my notes. I think we're pretty close to done.
THE VIDEOGRAPHER: All right. The time is 11:59 AM, and we are off the record.
(A recess was taken.)
THE VIDEOGRAPHER: The time is 12:15 PM, and we are back on the record.

Q. Did they give you any like manuals or -- or like written materials about how to make safe right-hand turns?
A. I do not recall, no.
Q. Okay. When you say you don't recall, just for clarity's sake. You don't recall whether they did or didn't, or you don't recall them giving you any?
A. I don't recall seeing anything with them.
Q. Okay. Did they have you watch any videos?
A. Yes.
Q. What videos?
A. There were several safety videos in terms of like following too close, turning, harsh braking. Just basic safer -- or Smith System -- safe driving practices basically.
Q. And -- and then with regards to the videos, who made them? Like J.J. Keller or --
A. Videos? I'm not understanding what you mean by videos.
Q. You said you watched -- you just described several videos that you watched.
A. Oh, oh. Yes. It was through Mayflower.

They have stuff in like a training hub platform that we have to complete. It's online classes basically.

Q. And as far as you know, Mayflower creates those in-house, or do they use somebody like -- like J.J. Keller or somebody else to create the videos?

A. Oh, I don't know, to be honest with you.

Q. All right. Are you familiar with J.J. Keller?

A. Yes.

Q. Okay. Do you have a -- did they give you a green book like this one?

A. No.

Q. Okay. Mayflower and the agent, they never gave you a green -- a green book with the safety regulations?

A. Not to my knowledge, no.

Q. What does Mayflower do to encourage defensive driving in its -- in its drivers?

MR. TILLERY: Object to the form.

A. Again, that's all done through the online courses. And they kind of talk you through safe driving habits and defensive driving, what to look out for, potential hazards,